UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN MARIE MANCHESTER,

                              Plaintiff,

–*against*–

PORTFOLIO RECOVERY ASSOCIATES,
LLC and TRANS UNION, LLC,

                            Defendants.

**ORDER**

23-cv-146 (ER)

RAMOS, D.J.:

    Defendant Portfolio Recovery Associates, LLC removed this civil action to this Court on January 6, 2023.  Portfolio Recovery Associates, LLC is directed to submit a status letter by no later than **Friday, January 13, 2023.**

    It is SO ORDERED.

Dated: January 10, 2023
       New York, New York

                                                     Edgardo Ramos, U.S.D.J.